[S. F. No. 7537. In Bank.—February 3, 1917.]

## NORTH PACIFIC STEAMSHIP COMPANY (a Corporation), Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA et al., Respondents.

WORKMEN'S COMPENSATION ACT—JURISDICTION OF INDUSTRIAL ACCIDENT COMMISSION—STEVEDORE—ACCIDENT IN STATE PORT.—The occupation of a stevedore is in its essence maritime, and the Industrial Accident Commission of this state has jurisdiction to make an award of compensation for an accidental injury to him suffered while he was engaged in discharging cargo from a vessel at a port in this state.

APPLICATION for a Writ of Certiorari to review an award of the Industrial Accident Commission of the State of California.

The facts are stated in the opinion of the court.

C. H. Sooy, H. W. Glensor, and C. L. Moore, for Petitioner.

Christopher M. Bradley, for Respondents.

THE COURT.—Review to annul an award of respondents granted to one Lewis Falvik, employed as a stevedore in dis-

charging cargo from the steamship "Yucatan," at San Pedro, California. This case differs from *North Pacific Steamship Co.* v. *Industrial Accident Commission, ante,* p. 346, [163 Pac. 199], this day decided, in no essential particular. In the latter case the injured man was a seaman. In the present case the occupation, that of a stevedore, was in its essence maritime. (*Atlantic Transport Co.* v. *Imbrovek,* 234 U. S. 52, [51 L. R. A. (N. S.) 1157, 58 L. Ed. 1208, 34 Sup. Ct. Rep. 733] ; *The Canada,* 7 Fed. 119, [7 Sawy. 173] ; Benedict on Admiralty, 4th ed., par. 207.)

Upon the authority of *North Pacific Steamship Co.* v. *Industrial Accident Commission, ante,* p. 346, [163 Pac. 199], the writ is discharged and the award affirmed.